IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:16-CR-15-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **REASSIGNMENT ORDER** |
| | ) |
| KENNETH SEAMON WRIGHT, II, | ) |
| Defendant. | ) |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable Malcolm J. Howard, Senior United States District Judge, for all further proceedings. The Honorable Kimberly A. Swank, United States Magistrate Judge, is reassigned as the referral magistrate judge. **All future documents should reflect the revised case number of 4:16-CR-15-H-1.**

This 22nd day of April, 2016.

*Julie Richards Johnston*
JULIE RICHARDS JOHNSTON, CLERK