IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-15-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>)<br>) |
| v. | )<br>)<br>) **ORDER**<br>) |
| KENNETH SEAMON WRIGHT, II, | )<br>) |
| Defendant. | )<br>) |

This matter is before the court on its own motion, the matter having been recently reassigned to the undersigned. Previous counsel having been allowed to withdraw, the court hereby directs the Federal Public Defender to appoint counsel to represent petitioner. This matter remains on this court's June 14, 2016, term for arraignment. The clerk is directed to serve a copy of this order on the Federal Public Defender.

This 5th day of May 2016.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26