IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-15-1H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KENNETH SEAMON WRIGHT, | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Defendant, Kenneth Seamon Wright, appeared before the court with counsel on June 13, 2016, for arraignment. At the hearing of this matter, Defendant renewed his request to represent himself, such a request having previously been denied at Defendant's initial appearance. Upon being advised of Defendant's request, the court attempted to inquire of Defendant whether he fully understands the nature of the proceedings, the responsibilities and consequences of self-representation, and knowingly and intelligently waives his right to counsel. Defendant repeatedly responded by stating "I do not understand."

Based on the Defendant's actions and statements to the court, the court finds that there is reasonable cause to believe that Defendant may be suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The court, therefore, ORDERS that Defendant be committed to the custody of the United States Attorney General for a period not to exceed thirty (30) days for purposes of a psychological and/or psychiatric examination at FMC Butner or such other suitable facility as may be designated by the Attorney General pursuant to 18 U.S.C. §§ 4241 and 4247(b). A report of the examination(s) shall be prepared and filed with the court pursuant to 18 U.S.C. § 4247(c), with copies provided to counsel for Defendant and counsel for the Government.

It is further ordered that the arraignment in this case shall be CONTINUED pending a determination of Defendant's mental competency to stand trial and all further proceedings in this matter will be held in ABEYANCE. Any delay that results from this order is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(1)(A), as well as pursuant to 18 U.S.C. § 3161(h)(7)(A), the court finding that the interests of justice served by the additional time required to assess Defendant's competency outweigh the best interests of the public and defendant in a speedy trial.

This 13th day of June 2016.

*KIMBERLY A. SWANK*
KIMBERLY A. SWANK
United States Magistrate Judge