UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:16-CR-00015-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) ORDER UNSEALING RECORD FROM |
| v. | ) 11/7/16 COMPETENCY HEARING AND |
| | ) ARRAIGNMENT |
| KENNETH SEAMON WRIGHT, II | ) |

Upon motion of the United States of America, and for good cause shown, the record from the November 7, 2016 competency hearing and arraignment in the above captioned matter is ORDERED unsealed.

This 14th day of November 2016.

HONORABLE MALCOLM J. HOWARD
Senior United States District Judge

1