IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:16-CR-15-1H

UNITED STATES OF AMERICA,

v.

KENNETH SEAMON WRIGHT, II,

    Defendant.

**ORDER**

This matter is before the court on defendant's motion entitled "Petition for Writ of Habeas Corpus." As defendant should have brought this petition in the District of South Carolina where he was housed and it appearing that defendant is no longer in custody, the matter is DISMISSED.

This 24th day of May 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26